UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 05:20-cv-00525-FL

| | |
|---|---|
| WILLIAM HAMPTON PITTS, PATRICK SULLIVAN and RACHEL VRADENBURGH, <br><br> Plaintiffs, <br><br> v. <br><br> LSTAR DEVELOPMENT GROUP, INC. and KYLE CORKUM, <br><br> Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

This matter is before the Court upon Plaintiffs' Motion to Seal. Having considered the Motion and relevant documents, the Court finds good cause to grant the Motion.

IT IS HEREBY ORDERED that the following documents will remain under seal:

1. Exhibit 1-E to Plaintiffs' Motion for Partial Summary Judgment and Statement of Undisputed Facts (ECF No. 24-6)

SO ORDERED, this the 27th day of September, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge